IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Jennette Westfall,<br>　　　　Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner<br>of Social Security,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 3:15-cv-00405<br><br>Judge Rice<br><br>Magistrate Judge Newman |

## ORDER

　　The Court grants the parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and awards Plaintiff attorney fees in the amount of $3,000.00 in full satisfaction of any claims for fees, expenses, and costs under 28 U.S.C. § 2412 that may be payable in this case.

　　Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff.

Date: 8/9/16　　　　　　　　　　Entered: _____

# Time Entries

| Matter | Case # |
|---|---|
| Westfall, Jennette | |

| Date | Subject | Time |
|---|---|---|
| 11/04/2015 | File Review; Consider Merits of Appeal to USDC | 1.00 |
| 11/11/2015 | Conf with clmt; FDC ppwk completed | 0.50 |
| 11/12/2015 | Complaint to SSA Commissioner & Civil Cover Sheet | 0.50 |
| 11/12/2015 | Summons to Asst US Atty | 0.10 |
| 11/12/2015 | Summons to Atty General of US | 0.10 |
| 11/12/2015 | Summons to Commissioner of SSA | 0.10 |
| 11/12/2015 | Summons to OGC | 0.10 |
| 11/12/2015 | Application to Proceed IFP | 0.10 |
| 11/12/2015 | T/C from client providing tx updates | 0.00 |
| 11/13/2015 | rect & rev of Notation Order | 0.10 |
| 11/13/2015 | rect & rev of Summons Issued | 0.10 |
| 11/16/2015 | Letter to client forwarding copy of Complaint filed | 0.10 |
| 11/16/2015 | Summons letter to Asst US Atty serving complaint | 0.10 |
| 11/16/2015 | Summons letter to Atty General serving complaint | 0.10 |
| 11/16/2015 | Summons letter to Commissioner of SSA serving complaint | 0.10 |
| 11/16/2015 | Summons letter to OGC serving complaint | 0.10 |
| 01/05/2016 | rect & rev of Def's Notice of Appearance | 0.10 |
| 01/19/2016 | rect & rev of Answer & Transcript | 0.50 |
| 01/19/2016 | rect & rev of Notation Order | 0.10 |
| 01/21/2016 | T/C from client providing tx updates | 0.00 |
| 01/22/2016 | E-mail from USDC re: consent to Magistrate | 0.10 |
| 01/23/2016 | E-mail response to USDC re: Consent to Magistrate | 0.10 |
| 02/16/2016 | T/C from client providing tx updates | 0.00 |
| 03/07/2016 | Prepare Statement of Errors | 4.00 |
| 03/08/2016 | Prepare Statement of Errors | 4.00 |
| 03/10/2016 | Plaintiff's Motion for Ext of Time to file Statement of Errors | 0.00 |
| 03/10/2016 | rect & rev of Notation Order | 0.10 |
| 03/19/2016 | Prepare Statement of Errors | 3.00 |
| 03/21/2016 | Letter to client enclosing copy of Statement of Errors | 0.10 |
| 05/05/2016 | T/C from Def re: proposed remand; Review File to Consider Remand | 0.70 |
| 05/06/2016 | E-mail to Def re: their proposed remand | 0.10 |
| 05/09/2016 | T/C from Def re: proposed Motion for Remand | 0.10 |
| 05/09/2016 | Letter to client requesting contact | 0.00 |

| Matter | | |
|---|---|---|
| Westfall, Jennette | | |

| Date | Subject | Time |
|---|---|---|
| 05/11/2016 | rect & rev of Jt. Motion for Remand | 0.20 |
| 05/11/2016 | Discussion with Def re: Motion for Remand | 0.20 |
| 05/12/2016 | rect & rev of Order & Entry | 0.10 |
| 05/12/2016 | rect & rev of Clerk's Judgment | 0.10 |
| | **Total Hours:** | 16.80 |